UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        -v.-<br><br>MIGUEL BAUTISTA,<br>                                    Defendant. | 25 Cr. 172 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference on **April 29, 2025** at **2:45 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Counsel for the parties shall consult in advance and agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

SO ORDERED.

Dated: April 23, 2025
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge