UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> MIGUEL BAUTISTA, <br><br>                    Defendant. | 25 Cr. 172 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant may wish to enter a change of plea. Accordingly, it is hereby ORDERED that the status conference scheduled for October 7, 2025 is adjourned *sine die*. On **October 7, 2025** at **1:30 p.m**., a plea proceeding shall take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 5, 2025
       New York, New York

                                            */s/ Jennifer H. Rearden*
                                            JENNIFER H. REARDEN
                                            United States District Judge