UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25 Cr. 172 (JHR) |
| -v.- | ORDER |
| MIGUEL BAUTISTA, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record, Defendant Miguel Bautista is remanded to the custody of the United States Marshals.

SO ORDERED.

Dated: January 22, 2026
New York, New York

*Jennifer H. Rearden*

JENNIFER H. REARDEN
United States District Judge